CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 22 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NOAH JASON HARRIS, | ) | CASE NO. 7:13CV00520 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| NEW RIVER VALLEY REGIONAL JAIL, | ) | |
| ET AL., | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice as legally frivolous, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's many pending motions are **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 22nd day of November, 2013.

/s/ James C. Turk
Senior United States District Judge